IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMMY RAY BREWSTER | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv413 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Sammy Ray Brewster, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus.

## Discussion

Petitioner filed this petition for writ of habeas corpus in the federal judicial district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner is incarcerated in this district, this court has jurisdiction over the petition.

The Telford Unit is in Bowie County. While Bowie County is in the Eastern District of Texas, it is in the Texarkana Division rather than the Beaumont Division. As a result, this case should be transferred to the Texarkana Division of this court.

## **ORDER**

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Texarkana Division of this court.

SIGNED this 26th day of November, 2019.

_____
Zack Hawthorn
United States Magistrate Judge